## IN THE STATE COURT OF TIFT COUNTY
### STATE OF GEORGIA

Lionel Newman
    Plaintiff,

                     :     Civil Action No. 2015CT051

v.                  :

Wal-Mart Stores, Inc.
    Defendant.

### SUMMONS

**TO THE ABOVE NAME DEFENDANT:**    **WAL-MART STORES, INC.**
**Attn: Corporation Process Company**
**2180 Satellite Blvd., Suite 400**
**Duluth, GA 30031208-9105**

You are hereby summoned and required to file with the Clerk of said Court and served upon the Plaintiffs attorney, whose name and address is:

THE PONDER LAW GROUP, P.C.
TABITHA PONDER- SOLOMON, ESQ.
1401 PEACHTREE ST., STE 500
ATLANTA, GA 30309

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 10 day of June , 2015.

CLERK OF TIFT STATE COURT

BY: Gwen C Pate

EXHIBIT
tabbies
A-1

FILED IN OFFICE
JUN 10 2015
GWEN PATE, CLERK OF COURT
DC

## IN THE STATE COURT OF TIFT COUNTY
### STATE OF GEORGIA

Lionel Newman
    Plaintiff,

v.

Wal-Mart Stores, Inc.
    Defendant.

          :

Civil Action No. 2015 C T 051

## COMPLAINT FOR DAMAGES

    COMES NOW, LIONEL NEWMAN, hereinafter referred to as the "Plaintiff", and file this Complaint for Damages against Wal-Mart Stores, Inc. hereinafter referred to as the "Defendant".

### PART I
### PARTIES AND JURISDICTION

**1.**

    The Defendant WAL-MART STORES, INC., may be served with process at Corporation Process Company, 2180 Satellite Blvd., Suite 400, Duluth, GA 30097.

**2.**

    The incident, which is that subject matter of this suit, took place at the Wal-Mart Supercenter at 1830 Us Highway 82 West, Tifton, GA 31793, which is a Wal-Mart Stores, Inc., subsidiary.

**3.**

    The said Defendant is subject to the jurisdiction and venue of this Honorable Court as the accident took place in said County.

**4.**

    The Defendant Wal-Mart Stores, Inc. is doing business in Tift County, Georgia.

FILED IN OFFICE

JUN 10 2015

GWEN PATE, CLERK OF COURT
_____ DC

## PART II
## FACTS

### 5.

On June 29, 2013, the Plaintiff Lionel Newman, was shopping in a department the store, owned by Wal-Mart Stores, Inc. While walking in the store, Mr. Newman slipped and in a puddle of water that was leaking from a nearby ice machine and violently fell on the floor. As a result this fall, Mr. Newman sustained several immediate debilitating and permanent injuries.

## PART III
## NEGLIGENCE OF DEFENDANTS

### 6.

The allegations of Paragraphs 1 through 5 above are incorporated herein and by reference made a part hereof as if each such allegation were fully set forth herein.

### 7.

At the time of the subject incident, the Defendant, WAL-MART STORES, INC., negligently allowed water to leak from the ice machine and pool on the floor in a common area.

### 8.

The Defendant owed a duty to the Plaintiff, Lionel Newman, to exercise due and reasonable care.

### 9.

The Defendant, WAL-MART STORES, INC., breached their duty owed to the Plaintiff Lionel Newman, by negligently allowing water to pool in a common area.

The Defendant's negligence included the following particulars:

a.      Failing to properly supervise the common areas in question so as to furnish to the Plaintiff, Lionel Newman, a safe walk area/aisle, free from hazards which were recognized or should have been recognized by Defendant as causing or likely to cause the serious physical harm to the Plaintiff and others;

b.      Failing to maintain the above area in a safe condition to insure that the Plaintiff would not be caused to slip and fall as a result of the water leaking from the ice machine, which were known and should have been known to the Defendant;

c.      Failing to properly inspect the area wherein the Plaintiff fell as a result of the defendant not properly making sure the floor in that area was dry;

d.      Failing to maintain the premises owned by the Defendant in good and safe condition for

the Plaintiff and others;

e.      Failing otherwise to comply with the applicable laws and regulations of the State of

Georgia and the applicable Federal laws and regulations;

f.      Otherwise failing to exercise the degree of care required under the circumstances; and

g.      Otherwise being negligent.

## PART IV
## PERSONAL INJURIES TO THE PLAINTIFF LIONEL NEWMAN

### 10.

The allegations of Paragraph 1 through 9 above are incorporated herein and by reference
made a part hereof as if each such allegation were fully set forth herein.

### 11.

As a direct and proximate result of the aforesaid negligence of the Defendant, Wal-Mart
Stores, Inc., the Plaintiff Lionel Newman was physically injured; experienced and will continue
to experience excruciating pain and suffering as a result of said injuries.

### 12.

By reasons of the foregoing, the Plaintiff Lionel Newman is entitled to recover:

(a)     Bodily injury for the past, present and future.
(b)     Pain for the past, present and future.
(c)     Suffering for the past, present and future.
(d)     Disability for the past, present and future.
(e)     Mental Anguish for the past, present and future.
(f)     Any aggravation of a pre-existing condition.
(g)     Earnings and time loss in the past and any loss of ability to earn money in
        the future.
(h)     The reasonable value or expense of medical care and treatment for the
        Past, present and future from the Defendants in such an amount as may be
        shown by the evidence and as may be determined by the enlightened
        conscience of the jury.

## PART V
## MEDICAL EXPENSES OF THE PLAINTIFF LIONEL NEWMAN

### 13.

The allegation of Paragraph 1 through 12 above are incorporated herein and by reference made a part hereof as if each such allegation were fully set forth herein.

### 14.

As a direct and proximate result of the aforesaid negligence of the Defendant, Wal-Mart Stores, Inc., the Plaintiff Lionel Newman has incurred medical expenses well over ONE HUNDRED THIRTY THOUSAND DOLLARS for the treatment of his injuries and will incur future medical expenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

(a)   That summons issue requiring Defendant to appear as provided by law to answer this Complaint;

(b)   That the Plaintiff has a trial by jury;

(c)   That Plaintiff recover all damages for all losses compensable under Georgia law as set forth above, including interest and costs;

(d)   That all costs be cast against the Defendant;

(e)   That service be had upon Defendant as provided by law;

(f)   That the Court award and order punitive damages against the Defendant and for each claim; and

(g)   For such and other further relief as the Court shall deem just and appropriate.

Respectfully submitted this 5th day of June, 2015.

Tabitha Ponder- Solomon
State Bar No. 666746
Attorney for Plaintiff

**Address of Counsel:**
1401 Peachtree Street, Suite 500
Atlanta, GA 30309
Phone: 404-870-8070
Fax: 404-610-7326

 CT Corporation

**Service of Process Transmittal**
06/23/2015
CT Log Number 527347541

TO:     Kim Lundy Service of Process, Legal Support Supervisor
        Wal-Mart Stores, Inc.
        702 SW 8th St MS 215
        Bentonville, AR 72716-6209

RE:     **Process Served in Georgia**

FOR:    Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Newman Lionel, Pltf. vs. Wal-Mart Stores, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Entry, Summons, Complaint |
| **COURT/AGENCY:** | Tift County State Court, GA<br>Case # 2015CT051 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - June 29, 2013 - 1830 US Highway 82 West, Tifton, GA 31793 |
| **ON WHOM PROCESS WAS SERVED:** | Corporation Process Company, Duluth, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/23/2015 at 10:20 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Tabitha Ponder-Solomon<br>1401 Peachtree Street<br>Suite 500<br>Atlanta, GA 30309<br>404-870-8070 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/24/2015, Expected Purge Date: 06/29/2015<br>Image SOP<br>Email Notification, Kim Lundy Service of Process ctlawsuits@walmartlegal.com |
| **SIGNED:** | Corporation Process Company |
| **ADDRESS:** | 2180 Satellite Blvd<br>Duluth, GA 30097 |
| **TELEPHONE:** | 202-572-3133 |



**EXHIBIT**
tabbies
A-2

Page 1 of  1 / PK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SHERIFF'S ENTRY OF SERVICE**

**SHERIFF'S ENTRY OF SERVICE**

| | |
|---|---|
| Civil Action No. _2015 CT 251_ | Superior Court ☐  Magistrate Court ☐ |
| | State Court ☒  Probate Court ☐ |
| Date Filed _c 10. 2015_ | Juvenile Court ☐ |
| | Georgia, _____Fulton_____COUNTY |
| Attorney's Address _The Barn Law Group_ _Tabitha Ponder_ _1401 Peachtree_ | _Lionel Newman_ |
| | Plaintiff |
| | VS. |
| Name and Address of Party to be Served. | _Dollar Tree Inc_ |
| (_____ Tree Inc_) | Defendant |
| _Peachtree 2180_ | |
| _lite Blvd Ste Un 013464-3557_ | Garnishee |

**SHERIFF'S ENTRY OF SERVICE**

PERSONAL ☐ I have this day served the defendant_____ personally with a copy of the within action and summons.

☐ I have this day served the defendant_____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

NOTORIOUS ☐ Delivered same into hands of_____described as follows: age, about _____ years; weight _____ pounds; height, about_____ feet and_____ inches, domiciled at the residence of defendant.

CORPORATION ☒ Served the defendant _WALMART STORES INC_ a corporation by leaving a copy of the within action and summons with _Lucas Ponder (in person)_ in charge of the office and place of doing business of said Corporation in the County.

TACK & MAIL ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

NON EST ☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This _23rd_ day of _June_, 20_15_

_R. Tigli_
_50778_
DEPUTY

SHERIFF DOCKET_____PAGE_____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

COPY

IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

LIONEL NEWMAN,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CIVIL ACTION
                                  )        FILE NO. 2015 CT051
                                  )
WAL-MART STORES, INC.,            )
                                  )
        Defendant.                )

## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant Wal-Mart Stores, Inc., and files this Answer and Defenses to Plaintiff's Complaint, and shows the Court as follows:

### First Defense

Wal-Mart Stores, Inc. is not a proper party in this matter and must be dismissed. While Defendant denies any and all liability, Defendant states that "Wal-Mart Stores East, LP" is the business entity involved in the day-to-day operation of the Wal-Mart store at issue, and would be the potentially proper defendant in this matter.

### Second Defense

Pending additional investigation and discovery, Defendant affirmatively preserves any and all defenses based on improper or insufficient service, lack of personal jurisdiction, improper venue, and statute of limitations.

### Third Defense

Pending additional investigation and discovery, Plaintiff's Complaint, taken as a whole, may fail to state a claim against Defendant upon which relief may be granted.

EXHIBIT
tabbies
A·3

FILED IN OFFICE

JUL 2 0 2015

GWEN PATE, CLERK OF COURT
Ceu        DC

### Fourth Defense

Pending additional investigation and discovery, Defendant states that Plaintiff's alleged injuries and damages were caused by Plaintiff's own actions.

### Fifth Defense

Pending additional investigation and discovery, Defendant states that Plaintiff's alleged injuries and damages were caused by another party's actions.

### Sixth Defense

Defendant breached no duty owed to Plaintiff.

### Seventh Defense

Plaintiff may not recover against Defendant because no act or omission of Defendant was the legal cause or the proximate precipitating cause of Plaintiff's alleged injuries and damages.

### Eighth Defense

Pending further investigation and discovery, Defendant asserts the defenses of contributory and comparative negligence.  Defendant denies that Defendant or Defendant's agents or employees were negligent in any way in connection with the incident which is the subject of this litigation.

### Ninth Defense

Pending further investigation and discovery, Defendant asserts the defense of assumption of risk.

### Tenth Defense

Plaintiff may not recover against Defendant due to Plaintiff's equal or superior knowledge of any condition which he alleges resulted in this event.

### Eleventh Defense

Pending additional investigation and discovery, Defendant had no actual or constructive knowledge of any alleged dangerous or hazardous condition which allegedly caused Plaintiff's injuries and damages.

### Twelfth Defense

Defendant denies any and all allegations regarding negligent inspection and failure to warn.

### Thirteenth Defense

Plaintiff is not entitled to any special damages to the extent that Plaintiff has failed to specifically plead them in accordance with O.C.G.A. § 9-11-9(g).

### Fourteenth Defense

Plaintiff is not entitled to attorney's fees, expenses, costs, recovery pursuant to O.C.G.A. § 13-6-11, post-judgment interest or pre-judgment interest under the facts of this case.  Further, Defendant preserves all rights and remedies against Plaintiff to the extent these claims are asserted without any justifiable basis in fact or law.

### Fifteenth Defense

Pending further investigation and discovery, Defendant reserves the right to assert all affirmative defenses available under the Georgia Civil Practice Act.

### Sixteenth Defense

In answer to the specific allegations of Plaintiff's Complaint, Defendant shows the Court as follows:

## PART I

## PARTIES AND JURISDICTION

1.

Admitted as pled.  Defendant re-asserts the First Defense.

2.

Denied as pled.

3.

Denied as pled.  Defendant re-asserts the First Defense.

4.

Denied as pled.  Defendant re-asserts the First Defense.

## PART II

## FACTS

5.

Denied as pled.

## PART III

## NEGLIGENCE OF DEFENDANTS

6.

The information set forth in Paragraphs 1 through 5 is incorporated herein and by

reference made a part hereof as if all such information was fully set forth herein.

7.

Denied.

8.

Defendant states that any such duties are established as a matter of Georgia law.

Defendant denies any allegation or implication of breach of duty, negligence, or liability.

9.

Denied.

## PART IV

## PERSONAL INJURIES TO THE PLAINTIFF LIONEL NEWMAN

10.

The information set forth in Paragraphs 1 through 9 is incorporated herein and by reference made a part hereof as if all such information was fully set forth herein.

11.

Denied.

12.

Denied.

## PART V

## MEDICAL EXPENSES OF THE PLAINTIFF LIONEL NEWMAN

13.

The information set forth in Paragraphs 1 through 12 is incorporated herein and by reference made a part hereof as if all such information was fully set forth herein.

14.

Denied.

## PRAYER FOR RELIEF

### 15.

Defendant denies all allegations contained within Plaintiff's "prayer for relief," which appears immediately after Paragraph 14 of Plaintiff's Complaint.

### 16.

Defendant denies all other allegations of the Complaint which have not been specifically responded to in the previous paragraphs.

**DEFENDANT HEREBY DEMANDS TRIAL BY JURY OF TWELVE REGARDING ANY ISSUES NOT SUBJECT TO SUMMARY ADJUDICATION.**

Having fully answered, Defendant prays that it be discharged with all costs cast against Plaintiff.

Respectfully submitted, this ___16ᵗʰ___ day of July, 2015.

**DREW ECKL & FARNHAM, LLP**

Hall F. McKinley, III
Georgia Bar No. 495512
Michael L. Miller
Georgia Bar No. 508011
*Attorneys for Defendant*

880 West Peachtree Street (30309)
Post Office Box 7600
Atlanta, Georgia  30357-0600
(404) 885-1400

IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

LIONEL NEWMAN,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )      CIVIL ACTION
                                   )      FILE NO. 2015 CT051
                                   )
WAL-MART STORES, INC.,             )
                                   )
        Defendant.                 )

### CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded, via United States Mail, postage prepaid,

a true and correct copy of the foregoing *Answer and Defenses to Plaintiff's Complaint* to the

following counsel of record, addressed as follows:

Tabitha Ponder-Solomon
1401 Peachtree Street, Suite 500
Atlanta, Georgia  30309

This ___16th___ day of July, 2015.

DREW, ECKL & FARNHAM, LLP

_____
Michael L. Miller
Georgia Bar No. 508011
Attorneys for Defendant

880 West Peachtree Street (30309)
Post Office Box 7600
Atlanta, Georgia  30357-0600
(404) 885-1400

FILED IN OFFICE

JUL 20 2015

GWEN PATE, CLERK OF COURT
DC

IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

Lionel Newman                              :
         Plaintiff,                        :
                                           :
v.                                         :        Civil Action No <u>2015-CT-051</u>
                                           :
Wal-Mart Stores East, LP and               :
Andrew McCauley                            :
         Defendants                        :
_____ :

## <u>SUMMONS</u>

**TO THE ABOVE NAME DEFENDANT:**     **Wal-mart Stores East, LP**
                                     **Attn: Corporation Process Company**
                                     **2180 Satellite Blvd., Suite 400**
                                     **Duluth, GA 30097**

        You are hereby summoned and required to file with the Clerk of said Court and served
upon the Plaintiffs attorney, whose name and address is:

                    THE PONDER LAW GROUP, P.C.
                    TABITHA PONDER- SOLOMON, ESQ.
                    1401 PEACHTREE ST., STE 500
                    ATLANTA, GA 30309

        an Answer to the Complaint which is herewith served upon you, within 30 days after
service of this summon upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

This **30** day of _____*July*_____, 2015.

                                             *Gwen C Pate*

                                     CLERK OF STATE COURT

> EXHIBIT
> A-4

                                     BY: _____*Cheryl Ogletree*_____

FILED IN OFFICE

JUL 3 0 2015

GWEN PATE, CLERK OF COURT
                                        DC

24993

## IN THE STATE COURT OF TIFT COUNTY
## STATE OF GEORGIA

Lionel Newman                    :
      Plaintiff,            :
                     :
                     :       Civil Action No <u>2015-CT-051</u>
v.                               :
                     :
Wal-Mart Stores East, LP and     :
Andrew McCauley                  :
      Defendants            :

### SUMMONS

**TO THE ABOVE NAME DEFENDANT:**    **Andrew McCauley**
                                        **Wal-mart Supercenter**
                                        **1830 US Highway 82**
                                        **Tifton, GA 31793**

      You are hereby summoned and required to file with the Clerk of said Court and served upon the Plaintiffs attorney, whose name and address is:

              THE PONDER LAW GROUP, P.C.
            TABITHA PONDER- SOLOMON, ESQ.
             1401 PEACHTREE ST., STE 500
                ATLANTA, GA 30309

      an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summon upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **30** day of _____Jply_____ , 2015.

                                 *Gwen C Pate*

                         CLERK OF STATE COURT

BY: _*Cheryl Ofetru*_____

                                   FILED IN OFFICE

                                   JUL 30 2015

                        GWEN PATE, CLERK OF COURT
                                          DC

IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

Lionel Newman                   :
        Plaintiff,              :
                       :
v.                          :      Civil Action No.: 2015-CT-051
                       :
Wal-Mart Stores East, LP and   :
Andrew McCauley          :
        Defendants.         :
                       :

## FIRST AMENDED COMPLAINT FOR DAMAGES

COMES NOW, **LIONEL NEWMAN**, hereinafter referred to as the "Plaintiff", and file this Complaint for Damages against Wal-Mart Stores East, LP and Andrew McCauley hereinafter referred to as the "Defendants".

## PART I
## PARTIES AND JURISDICTION

**1.**

The Defendant WAL-MART STORES EAST, LP, may be served with process at Corporation Process Company, 2180 Satellite Blvd., Suite 400, Duluth, GA 30097.

**2.**

The Defendant Andrew McCauley, manager, may be served with process at Wal-Mart Supercenter 1830 US Highway 82 W, Tifton, GA 31793.

**3.**

The incident, which is that subject matter of this suit, took place at the Wal-Mart Supercenter at 1830 US Highway 82 West, Tifton, GA 31793, which is a Wal-Mart Stores East, LP subsidiary.

**4.**

The Defendants are subject to the jurisdiction and venue of this Honorable Court as the accident took place in said County.

**5.**

Defendant Wal-Mart Stores East, LP is and at all times relevant to this Complaint, was a corporation doing business in Tift County, Georgia.

FILED IN OFFICE

JUL 30 2015

GWEN PATE, CLERK OF COURT

**6.**

Defendant Andrew McCauley is and at all times relevant to this Complaint was the manager of Wal-Mart Supercenter at 1830 US Highway 82 West, Tifton, GA 31793, which is a Wal-Mart Stores East, LP subsidiary, and he currently resides in Tift County.  Defendant Andrew McCauley acted as an employee of its Co-Defendant and within the scope of its authority as an agent and employee and with consent of its Co-Defendant.

## PART II
## FACTS

**7.**

On June 29, 2013, the Plaintiff Lionel Newman, was shopping in a department the store, owned by Wal-Mart Stores East, LP. While walking in the store, Mr. Newman slipped in a puddle of water that was leaking from a nearby ice machine and violently fell on the floor. As a result this fall, Mr. Newman sustained several immediate debilitating and permanent injuries.

## PART III
## NEGLIGENCE OF DEFENDANTS

**8.**

The allegations of Paragraphs 1 through 7 above are incorporated herein and by reference made a part hereof as if each such allegation were fully set forth herein.

**9.**

At the time of the subject incident, the Defendants negligently allowed water to leak from the ice machine and pool on the floor in a common area.

**10.**

The Defendants owed a duty to the Plaintiff, Lionel Newman, to exercise due and reasonable care.

**11.**

The Defendants breached their duty owed to the Plaintiff Lionel Newman, by negligently allowing water to pool in a common area.

The Defendants' negligence included the following particulars:

a.       Failing to properly supervise the common areas in question so as to furnish to the

Plaintiff, Lionel Newman, a safe walk area/aisle, free from hazards which were recognized or

should have been recognized by Defendants as causing or likely to cause the serious physical

harm to the Plaintiff and others;

b.     Failing to maintain the above area in a safe condition to insure that the Plaintiff would not be caused to slip and fall as a result of the water leaking from the ice machine, which were known and should have been known to the Defendant;

c.     Failing to properly inspect the area wherein the Plaintiff fell as a result of the Defendants not properly making sure the floor in that area was dry;

d.     Failing to maintain the premises owned and operated by the Defendants in good and safe condition for the Plaintiff and others;

e.     Failing otherwise to comply with the applicable laws and regulations of the State of Georgia and the applicable Federal laws and regulations;

f.     Otherwise failing to exercise the degree of care required under the circumstances; and

g.     Otherwise being negligent.

## PART IV
## PERSONAL INJURIES TO THE PLAINTIFF LIONEL NEWMAN

### 12.

The allegations of Paragraph 1 through 11 above are incorporated herein and by reference made a part hereof as if each such allegation were fully set forth herein.

### 13.

As a direct and proximate result of the aforesaid negligence of the Defendant, Wal-Mart Stores, Inc., the Plaintiff Lionel Newman was physically injured; experienced and will continue to experience excruciating pain and suffering as a result of said injuries.

### 14.

By reasons of the foregoing, the Plaintiff Lionel Newman is entitled to recover:

(a)     Bodily injury for the past, present and future.
(b)     Pain for the past, present and future.
(c)     Suffering for the past, present and future.
(d)     Disability for the past, present and future.
(e)     Mental Anguish for the past, present and future.
(f)     Any aggravation of a pre-existing condition.
(g)     Earnings and time loss in the past and any loss of ability to earn money in the future.

(h)   The reasonable value or expense of medical care and treatment for the Past, present and future from the Defendants in such an amount as may be shown by the evidence and as may be determined by the enlightened conscience of the jury.

## PART V
## MEDICAL EXPENSES OF THE PLAINTIFF LIONEL NEWMAN

### 15.

The allegation of Paragraph 1 through 14 above are incorporated herein and by reference made a part hereof as if each such allegation were fully set forth herein.

### 16.

As a direct and proximate result of the aforesaid negligence of the Defendants, the Plaintiff Lionel Newman has incurred medical expenses well over ONE HUNDRED THIRTY THOUSAND DOLLARS for the treatment of his injuries and will incur future medical expenses.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

(a)   That summons issue requiring the Defendants to appear as provided by law to answer this Complaint;
(b)   That the Plaintiff has a trial by jury;
(c)   That Plaintiff recover all damages for all losses compensable under Georgia law as set forth above, including interest and costs;
(d)   That all costs be cast against the Defendants;
(e)   That service be had upon Defendants as provided by law;
(f)   That the Court award and order punitive damages against the Defendants and for each claim; and
(g)   For such and other further relief as the Court shall deem just and appropriate.

Respectfully submitted this ___ day of July, 2015.

Tabitha Ponder- Solomon
State Bar No. 666746
Attorney for Plaintiff

Address of Counsel:
1401 Peachtree Street, Suite 500
Atlanta, GA 30309
Phone:  404-870-8070
Fax:  404-610-7326

 CT Corporation

**Service of Process Transmittal**
08/19/2015
CT Log Number 527668604

TO:     Kim Lundy Service of Process, Legal Support Supervisor
        Wal-Mart Stores, Inc.
        702 SW 8th St MS 215
        Bentonville, AR 72716-6209

RE:     **Process Served in Georgia**

FOR:    Wal-Mart Stores East, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Newman Lionel, Pltf. vs. Wal-Mart Stores East, LP and Andrew McCauley, Dfts. |
| DOCUMENT(S) SERVED: | Entry of Service, Summons, First Amended Complaint |
| COURT/AGENCY: | Tift County State Court, GA<br>Case # 2015CT051 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - Wal-Mart Supercenter at 1830 US Highway 82 West, Tifton, GA 31793 |
| ON WHOM PROCESS WAS SERVED: | Corporation Process Company, Duluth, GA |
| DATE AND HOUR OF SERVICE: | By Process Server on 08/19/2015 at 13:00 |
| JURISDICTION SERVED : | Georgia |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service of this summon upon you, exclusive of the day of service. |
| ATTORNEY(S) / SENDER(S): | Tabitha Ponder<br>The Ponder Law Group, P.C.<br>1401 Peachtree Street<br>Suite 500<br>Atlanta, GA 30309<br>404-870-8070 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 08/19/2015, Expected Purge Date: 08/24/2015<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| SIGNED:<br>ADDRESS:<br><br>TELEPHONE: | Corporation Process Company<br>2180 Satellite Blvd<br>Duluth, GA 30097<br>202-572-3133 |



EXHIBIT
A-5

Page 1 of  1 / MK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

24993

# IN THE STATE COURT OF TIFT COUNTY
## STATE OF GEORGIA

Lionel Newman                    :
      Plaintiff,            :
                   :
                   :
v.                               :     Civil Action No <u>2015-CT-051</u>
                   :
Wal-Mart Stores East, LP and     :
Andrew McCauley                  :
      Defendants             :
                   :

## **SUMMONS**

**TO THE ABOVE NAME DEFENDANT:**     **Andrew McCauley**
                                     **Wal-mart Supercenter**
                                     **1830 US Highway 82**
                                     **Tifton, GA 31793**

       You are hereby summoned and required to file with the Clerk of said Court and served upon the Plaintiffs attorney, whose name and address is:

              THE PONDER LAW GROUP, P.C.
           TABITHA PONDER- SOLOMON, ESQ.
            1401 PEACHTREE ST., STE 500
               ATLANTA, GA 30309

       an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summon upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **30** day of _____*July*_____, 2015.

                            *Gwen C Pate*
                    CLERK OF STATE COURT

BY: _____*Cheryl Ogletree*_____

FILED IN OFFICE

JUL 30 2015

GWEN PATE, CLERK OF COURT
                                DC



**EXHIBIT**

A-6

IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

Lionel Newman
      Plaintiff,               :

                                :

v.                             :        Civil Action No.: 2015-CT-051

                                :

Wal-Mart Stores East, LP and       :
Andrew McCauley
      Defendants.             :

---

## FIRST AMENDED COMPLAINT FOR DAMAGES

COMES NOW, **LIONEL NEWMAN**, hereinafter referred to as the "Plaintiff", and file this Complaint for Damages against Wal-Mart Stores East, LP and Andrew McCauley hereinafter referred to as the "Defendants".

## PART I
## PARTIES AND JURISDICTION

**1.**

The Defendant WAL-MART STORES EAST, LP, may be served with process at Corporation Process Company, 2180 Satellite Blvd., Suite 400, Duluth, GA 30097.

**2.**

The Defendant Andrew McCauley, manager, may be served with process at Wal-Mart Supercenter 1830 US Highway 82 W, Tifton, GA 31793.

**3.**

The incident, which is that subject matter of this suit, took place at the Wal-Mart Supercenter at 1830 US Highway 82 West, Tifton, GA 31793, which is a Wal-Mart Stores East, LP subsidiary.

**4.**

The Defendants are subject to the jurisdiction and venue of this Honorable Court as the accident took place in said County.

**5.**

Defendant Wal-Mart Stores East, LP is and at all times relevant to this Complaint, was a corporation doing business in Tift County, Georgia.

FILED IN OFFICE

JUL 30 2015

GWEN PATE, CLERK OF COURT

6.

Defendant Andrew McCauley is and at all times relevant to this Complaint was the manager of Wal-Mart Supercenter at 1830 US Highway 82 West, Tifton, GA 31793, which is a Wal-Mart Stores East, LP subsidiary, and he currently resides in Tift County. Defendant Andrew McCauley acted as an employee of its Co-Defendant and within the scope of its authority as an agent and employee and with consent of its Co-Defendant.

## PART II
## FACTS

7.

On June 29, 2013, the Plaintiff Lionel Newman, was shopping in a department the store, owned by Wal-Mart Stores East, LP. While walking in the store, Mr. Newman slipped in a puddle of water that was leaking from a nearby ice machine and violently fell on the floor. As a result this fall, Mr. Newman sustained several immediate debilitating and permanent injuries.

## PART III
## NEGLIGENCE OF DEFENDANTS

8.

The allegations of Paragraphs 1 through 7 above are incorporated herein and by reference made a part hereof as if each such allegation were fully set forth herein.

9.

At the time of the subject incident, the Defendants negligently allowed water to leak from the ice machine and pool on the floor in a common area.

10.

The Defendants owed a duty to the Plaintiff, Lionel Newman, to exercise due and reasonable care.

11.

The Defendants breached their duty owed to the Plaintiff Lionel Newman, by negligently allowing water to pool in a common area.

The Defendants' negligence included the following particulars:

a.     Failing to properly supervise the common areas in question so as to furnish to the

Plaintiff, Lionel Newman, a safe walk area/aisle, free from hazards which were recognized or

should have been recognized by Defendants as causing or likely to cause the serious physical

harm to the Plaintiff and others;

b.     Failing to maintain the above area in a safe condition to insure that the Plaintiff would not be caused to slip and fall as a result of the water leaking from the ice machine, which were known and should have been known to the Defendant;

c.     Failing to properly inspect the area wherein the Plaintiff fell as a result of the Defendants not properly making sure the floor in that area was dry;

d.     Failing to maintain the premises owned and operated by the Defendants in good and safe condition for the Plaintiff and others;

e.     Failing otherwise to comply with the applicable laws and regulations of the State of Georgia and the applicable Federal laws and regulations;

f.     Otherwise failing to exercise the degree of care required under the circumstances; and

g.     Otherwise being negligent.

## PART IV
## PERSONAL INJURIES TO THE PLAINTIFF LIONEL NEWMAN

### 12.

The allegations of Paragraph 1 through 11 above are incorporated herein and by reference made a part hereof as if each such allegation were fully set forth herein.

### 13.

As a direct and proximate result of the aforesaid negligence of the Defendant, Wal-Mart Stores, Inc., the Plaintiff Lionel Newman was physically injured; experienced and will continue to experience excruciating pain and suffering as a result of said injuries.

### 14.

By reasons of the foregoing, the Plaintiff Lionel Newman is entitled to recover:

(a)     Bodily injury for the past, present and future.
(b)     Pain for the past, present and future.
(c)     Suffering for the past, present and future.
(d)     Disability for the past, present and future.
(e)     Mental Anguish for the past, present and future.
(f)     Any aggravation of a pre-existing condition.
(g)     Earnings and time loss in the past and any loss of ability to earn money in the future.

(h)   The reasonable value or expense of medical care and treatment for the Past, present and future from the Defendants in such an amount as may be shown by the evidence and as may be determined by the enlightened conscience of the jury.

## PART V
## MEDICAL EXPENSES OF THE PLAINTIFF LIONEL NEWMAN

### 15.

The allegation of Paragraph 1 through 14 above are incorporated herein and by reference made a part hereof as if each such allegation were fully set forth herein.

### 16.

As a direct and proximate result of the aforesaid negligence of the Defendants, the Plaintiff Lionel Newman has incurred medical expenses well over ONE HUNDRED THIRTY THOUSAND DOLLARS for the treatment of his injuries and will incur future medical expenses.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

(a)   That summons issue requiring the Defendants to appear as provided by law to answer this Complaint;
(b)   That the Plaintiff has a trial by jury;
(c)   That Plaintiff recover all damages for all losses compensable under Georgia law as set forth above, including interest and costs;
(d)   That all costs be cast against the Defendants;
(e)   That service be had upon Defendants as provided by law;
(f)   That the Court award and order punitive damages against the Defendants and for each claim; and
(g)   For such and other further relief as the Court shall deem just and appropriate.

Respectfully submitted this _7th_ day of July, 2015.

Tabitha Ponder- Solomon
State Bar No. 666746
Attorney for Plaintiff

**Address of Counsel:**
1401 Peachtree Street, Suite 500
Atlanta, GA 30309
Phone: 404-870-8070
Fax: 404-610-7326

# SHERIFF'S ENTRY OF SERVICE

*mail/24993*

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. 2015-CT-051

Date Filed June 10, 2015

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Georgia, _____Fulton_____ COUNTY

Attorney's Address  The Barton Law Group, LLC.
1401 Peachtree St. Ste 500
Atlanta GA 30309

Lionel Newman
_____
Plaintiff

VS.

Name and Address of Party to be Served.
Andrew McCauley
1830 US Highway 82
Tifton GA 31793

Wal-Mart Stores East LP and
Andrew McCauley
_____
Defendant

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant_____personally with a copy of the within action and summons.

I have this day served the defendant_____by leaving a copy of the action and summons at his most notorious place of abode in this County.

**NOTORIOUS** ☒ Delivered same into hands of_____Elaine McCauley_____described as follows: age, about ___ years; weight _____ pounds; height, about_____ feet and_____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant_____a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This____day of_____, 20 15.

_____
DEPUTY

**EXHIBIT A-7**

SHERIFF DOCKET_____ PAGE_____   WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

**SHERIFF'S ENTRY OF SERVICE**

## SHERIFF'S ENTRY OF SERVICE

| | Superior Court | ☐ | Magistrate Court | ☐ |
|---|---|---|---|---|
| Civil Action No. _2015-CT-051_ | State Court | ☑ | Probate Court | ☐ |
| | Juvenile Court | ☐ | | |

Date Filed _Jan. 1, 2015_

Georgia, _____Fulton_____ COUNTY

Attorney's Address _The Bowen Law Group_
_Peachtree Road ST W 500_
_Atlanta, GA 30309_

_____
                                    Plaintiff

VS.

Name and Address of Party to be Served.

_____
                                    Defendant

_____
                                    Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant_____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant_____by leaving a
copy of the action and summons at his most notorious place of abode in this County.

☐ Delivered same into hands of_____described as follows:
age, about _____ years; weight _____ pounds; height, about_____ feet and_____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant_____a corporation
☐ by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the
premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail,
First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed
thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This_____day of_____, 20_____.

_____
                                    DEPUTY

SHERIFF DOCKET_____PAGE_____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

COPY

LIONEL NEWMAN,                )
                             )
        Plaintiff,            )
                             )
v.                           )        CIVIL ACTION
                             )        FILE NO. 2015 CT051
                             )
WAL-MART STORES, INC.,        )
                             )
        Defendant.           )

### CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded, via United States Mail, postage

prepaid, a true and correct copy of the foregoing *Defendant's First Request for*

*Production of Documents and Notice to Produce at Trial to Plaintiff* to the following

counsel of record, addressed as follows:

Tabitha Ponder-Solomon
1401 Peachtree Street, Suite 500
Atlanta, Georgia  30309

This _____22nd_____ day of July, 2015.

DREW, ECKL & FARNHAM, LLP

Michael L. Miller
Georgia Bar No. 508011
Attorneys for Defendant

880 West Peachtree Street (30309)
Post Office Box 7600
Atlanta, GA  30357-0600
(404) 885-1400

EXHIBIT
tabbies
A-8

FILED IN OFFICE

AUG 0 6 2015

GWEN PATE, CLERK OF COURT
_____ DC

- 8 -

IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

COPY

LIONEL NEWMAN,                         )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        CIVIL ACTION
                                       )        FILE NO. 2015 CT051
                                       )
WAL-MART STORES, INC.,                 )
                                       )
        Defendant.                     )

## CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded, via United States Mail,

postage prepaid, a true and correct copy of the foregoing *Defendant's First*

*Interrogatories to Plaintiff* to the following counsel of record, addressed as follows:

Tabitha Ponder-Solomon
1401 Peachtree Street, Suite 500
Atlanta, Georgia 30309

This _22nd_ day of July, 2015.

                    DREW, ECKL & FARNHAM, LLP


                    _____
                    Michael L. Miller
                    Georgia Bar No. 508011
                    Attorneys for Defendant

880 West Peachtree Street (30309)
Post Office Box 7600
Atlanta, GA 30357-0600
(404) 885-1400

FILED IN OFFICE

AUG 0 6 2015

GWEN PATE, CLERK OF COURT
_____ DC

- 14 -

IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

LIONEL NEWMAN,            )
                             )
      Plaintiff,          )
                             )
v.                        )     CIVIL ACTION
                             )     FILE NO. 2015 CT051
                             )
WAL-MART STORES, INC.,    )
WAL-MART STORES EAST, L.P. AND )
ANDREW MCCAULEY,       )
                             )
      Defendant.     )

## NOTICE OF FILING REMOVAL

TO:    Clerk, Superior Court of Tift County, Georgia.

In compliance with 28 U.S.C. § 1446 (d), you are hereby notified of the filing of a Notice

of Removal in this action with the United States District Court for the Middle District of

Georgia, Valdosta Division, a copy of which is attached hereto.

Respectfully submitted, this ⟨30⟩ day of August, 2015.

**DREW ECKL & FARNHAM, LLP**

Michael L. Miller
Georgia Bar No. 508011
Leslie P. Becknell
Georgia Bar No. 046320
*Attorneys for Defendants*

880 West Peachtree Street
Atlanta, GA  30309
404-885-1400
404-876-0992 (fax)



IN THE STATE COURT OF TIFT COUNTY
STATE OF GEORGIA

LIONEL NEWMAN,            )
                                 )
      Plaintiff,          )
                                 )
v.                         )      CIVIL ACTION
                               )      FILE NO. 2015 CT051
                               )
WAL-MART STORES, INC.,     )
WAL-MART STORES EAST LP AND )
ANDREW MCCAULEY,        )
                               )
      Defendant.      )

## CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded, via United States Mail, postage prepaid,

a true and correct copy of the foregoing *Notice of Removal* to the following counsel of record,

addressed as follows:

Tabitha Ponder-Solomon
1401 Peachtree Street, Suite 500
Atlanta, Georgia  30309

This 28ᵗʰ day of August, 2015.

DREW, ECKL & FARNHAM, LLP

Leslie P. Becknell
Georgia Bar No. 046320
Attorneys for Defendant

880 West Peachtree Street (30309)
Post Office Box 7600
Atlanta, Georgia  30357-0600
(404) 885-1400

5972893/1
05695-114105