IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LIONEL NEWMAN | : |
| Plaintiff, | : |
| v. | :   Case No.: 7:15-CV-~~0016HL~~ 165 |
| WAL-MART STORES EAST, LP, and ANDREW MCCAULEY | : |
| Defendants. | : |

## STIPULATION TO DISMISS

COME NOW Plaintiff Lionel Newman and Defendant Wal-Mart Stores East, LP and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of Plaintiffs' Complaint in the above-styled action in its entirety.

Respectfully submitted, this ___ day of April, 2017.

THE PONDER LAW GROUP, LLC.

By: /s/ Tabitha Ponder

Tabitha Ponder, Esq.
Georgia Bar No. 666746
Attorney for Plaintiff

1401 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 870-8070
*Attorney for Plaintiff*

*[signatures continued on following page]*

DREW, ECKL & FARNHAM, LLP

/s/     Leslie P. Becknell
Michael L. Miller
Georgia Bar No. 508011
Leslie P. Becknell
Georgia Bar No. 046320

880 West Peachtree Street
Atlanta GA 30309
Phone: (404) 885-1400
*Attorneys for Defendant*